JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Jacqueline Llanos,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DCN Holdings, Inc. d/b/a Accounts Receivable,<br><br>　　　　　　Defendant. | Case No.: 5:16-cv-02564-SP<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. SHERI PYM |

　　Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

　　IT IS SO ORDERED.

Dated: March 21, 2017

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE